# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2013

## NO. 03-13-00308-CV

**R. G. A., Appellant**

**v.**

**The University of Texas School of Law, Domestic Violence Clinic for M. B., Appellee**

## APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE ORDERED** that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.